The Gallatin Farm Bureau, appellee, v. William Ozee, appellant.

Suit on promissory note. Judgment for plaintiff. Appeal from the County Court of Gallatin county; the Hon. W. S. Sanders, Judge, presiding. Heard in this court at the October term, 1924. Affirmed. Opinion filed February 9, 1925.

William Denton, for appellant. W. R. McKernon and Thos. H. Daily, for appellee.

Mr. Presiding Justice Higbee delivered the opinion of the court.

---

John L. Tarrant, appellee, v. Grand Lodge Brotherhood of Railroad Trainmen, appellant.

Suit to recover indemnity on a benefit certificate. Judgment for plaintiff. Appeal from the Circuit Court of St. Clair county; the Hon. George A. Crow, Judge, presiding. Heard in this court at the October term, 1924. Affirmed. Opinion filed February 9, 1925.

Wm. P. Launtz, for appellant. T. M. Webb, for appellee.

Mr. Presiding Justice Higbee delivered the opinion of the court.

---

Harriet Horner Smith, appellee, v. Ulysses G. Grundon and Emma T. Grundon, appellants.

Suit on promissory note. Judgment for plaintiff. Appeal from the Circuit Court of Wabash county; the Hon. J. C. Eagleton, Judge, presiding. Heard in this court at the October term, 1924. Affirmed. Opinion filed February 9, 1925. *Certiorari* denied by Supreme Court (making opinion final).

W. S. Willhite and Ben H. Thompson, for appellants. A. W. Stoltz and Baldwin & Bosshard, for appellee.

Mr. Presiding Justice Higbee delivered the opinion of the court.

---

Commercial Acceptance Trust, appellant, v. W. E. Storckman, appellee.

Action in replevin. Judgment for defendant. Appeal from the Circuit Court of Wabash county; the Hon. J. C. Eagleton, Judge, presiding. Heard in this court at the October term, 1924. Affirmed. Opinion filed February 9, 1925.

Kolb & White, for appellant. Creighton & Thomas and Frank Fornoff, for appellee.

Mr. Presiding Justice Higbee delivered the opinion of the court.

---

J. K. Jones, appellant, v. P. H. Palmer, appellee.

Suit for commissions on procuring loans. Judgment for defendant. Appeal from the Circuit Court of Madison county; the Hon. J. F. Gillham, Judge, presiding. Heard in this court at the October term, 1924. Affirmed. Opinion filed February 9, 1925.

Faulkner & Moore, for appellant. M. R. Sullivan, for appellee.

Mr. Presiding Justice Higbee delivered the opinion of the court.